# MISCELLANEOUS SUPREME COURT DISPOSITION

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

### September 14, 2017

Trinity, a division of Bank of the West v. Apex Directional Drilling, LLC (S065147). Alternative writ of mandamus issued.